# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| In the Matter of the Search of | ) | **FILED UNDER SEAL** |
| *Location Information Concerning Cellular Telephone Assigned* | ) | |
| *Call Number 970-571-1886, with Service Provider Verizon,* | ) | Case No. 22-mJ-604-JFJ |
| *Account Number 625423387-1 and International Mobile* | ) | |
| *Subscriber Identifier (IMSI) [311480762823183]* | ) | |
| | ) | |
| | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ Oklahoma _____
*(identify the person or describe the property to be searched and give its location)*:
      See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
      See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     10/6/22
                                                                                                    *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
      Jodi F. Jayne                                                    .
            *(name)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
                        ☒ for  30  days *(not to exceed 30).*
                        ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   9/22/22, 3:55 pm     _____
                                                                              *Judge's signature*

City and state:   Tulsa, Oklahoma _____     _____ Jodi F. Jayne. U.S. Magistrate Judge _____

| Return | | |
|---|---|---|
| Case No.:<br>22-MJ-606-JFJ | Date and time warrant executed:<br>9/22/2022 | Copy of warrant and inventory left with:<br>OTD via Tech Request |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

• no data collected

• Ping was initiated, however, warrant was later deemed invalid, so agent ceased to review all information

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/28/2022

_____
*Executing officer's signature*

Christopher McCarthy, Special Agent
*Printed name and title*